IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60198
Summary Calendar
_____


ALEXEI IVANOV,

                                        Petitioner,

versus

IMMIGRATION AND NATURALIZATION SERVICE,

                                        Respondent.

- - - - - - - - - -
Petition for review of an order of the
Board of Immigration Appeals
USDC No. A70-690-548
- - - - - - - - - -
February 4, 1999

Before DAVIS, DUHE', and PARKER, Circuit Judges.

PER CURIAM:[*]

     Alexei Ivanov petitions for review of the Board of
Immigration Appeals' decision dismissing his appeal from the
immigration judge's decision to deny his application for asylum
and for a withholding of deportation.  We have reviewed the
record and the briefs and determine that the Board's decision is
supported by substantial evidence.  See Carbajal-Gonzalez v. INS,
78 F.3d 194 197 (5th Cir. 1996).  The petition for review is
DENIED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.